FILED
CLERK, U.S. DISTRICT COURT
2/1/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CDO___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

JUNE 2023 Grand Jury

| UNITED STATES OF AMERICA, | CR No. 2:24-cr-00070-SPG |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. §§ 2261A(2)(B), 2261(b)(5): Stalking; 18 U.S.C. § 875(c): Threat by Interstate Communication; 18 U.S.C. § 844(e): Threat by Interstate Commerce to Kill Another Person and to Damage and Destroy Buildings by Fire and Explosives] |
| NATHALIE NGUYEN, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2261A(2)(B), 2261(b)(5)]

1.  Beginning on an unknown date but no later than April 19, 2023, and continuing to at least on or about January 17, 2024, in Los Angeles County, within the Central District of California, and elsewhere, defendant NATHALIE NGUYEN, with the intent to harass and intimidate T.H., used an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and other facilities of interstate and foreign

commerce, namely, cellular telephone networks, email, interstate wires, and the Internet, to engage in a course of conduct, described in paragraph 2 below, that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to T.H.

2. On or about the below dates, defendant NGUYEN's course of conduct included, among other things, the following:

a. On April 19, 2023, defendant NGUYEN sent an email to T.H. threatening to "put a bullet in your fucking head , dick", and warning, "I promise you wont be alive to see your wife when she is here."[1]

b. On May 9, 2023, defendant NGUYEN sent an email to T.H. stating, among other things, "This . . . will happen If not only to your wife but also to your future kids . . ." and containing screenshots of a text conversation about paying a hitman $15,000 to kill T.H.'s wife.

c. On August 3, 2023, defendant NGUYEN sent an email to T.H.'s wife stating, among other things, "At the age of 28, she still does not have a career or a valuable degree nor money . . . . She just enjoys hip-hop dance. What's the point of showing off her flat butt while dancing? I can't wait to see this short, useless girl end up being devastated in the U.S."

d. On August 7, 2023, defendant NGUYEN sent an email to T.H. stating, among other things, "When are you going to give me more sex? . . . . If not, I would mess things up so that she [ T.H.'s wife] would stay in Vietnam till her old age."

---

[1] All typographical and/or grammatical errors within quotes are as they appear in original.

2

   e. On August 7, 2023, defendant NGUYEN sent an email impersonating T.H.'s wife to support@usatraveldocs.com, which was routed to the United States Consulate in Ho Chi Minh City, Vietnam, stating "I called but it is automatic machine, no human answered . I have been tossed around by you all motherfucker . If I cannot get an answer of why my visa has not been mailed back to me, I will bomb the fucking consular in Ho Chi Minh City."

   f. On August 8, 2023, defendant NGUYEN sent an email to T.H. including a photograph of a stack of money and stating that if T.H. did not give defendant NGUYEN an amount of money similar to that depicted in the photograph, then "your family, [your wife], and your future children will face storms. So you think I'm capable of getting [your wife] to be sent to prison or taking your kids to the grave."

   g. On August 9, 2023, defendant NGUYEN, impersonating T.H. and using T.H's email account without permission, sent an email to T.H.'s wife, stating "I dreamed that Wife, you got killed. Be careful honey."

   h. On August 10, 2023, defendant NGUYEN sent an email to T.H. soliciting sex from T.H., suggesting defendant NGUYEN's "friends" would "continue to cause trouble" if T.H. did not agree, and referencing the specific type of vehicle T.H. and T.H.'s father drove.

   i. On August 10, 2023, defendant NGUYEN sent an email to T.H. stating, among other things, "[If I did not care about you, I would have had my friend cancel your AAA policy and report you as an uninsured driver to the police. You said that I was cruel. If I were really cruel, you would not be able to live a peaceful life like that."

    j. On September 12, 2023, defendant NGUYEN, via text message, sent multiple photographs of herself to T.H. and solicited sexual contact from T.H.

    k. On October 2, 2023, via text message, defendant NGUYEN sent photographs of herself to T.H. and solicited sex from T.H.

    l. On October 3, 2023, defendant NGUYEN sent a letter to T.H.'s wife at her and T.H.'s shared home stating "you whore [T.H.'s wife], watch out for car accidents."

    m. On October 3, 2023, defendant NGUYEN sent an email to T.H. containing a photograph of T.H.'s wife's home in Vietnam.

    n. On October 4, 2023, defendant NGUYEN sent an email to T.H. soliciting sex from with T.H. and stating, among other things, "You asked me to stop, but how can I? Make it up to me. Find me someone who is good at sex like you, otherwise you have to do it for me then I would stop."

    o. On October 5, 2023, defendant NGUYEN sent an email to T.H. soliciting sex from T.H.

    p. On October 5, 2023, defendant NGUYEN sent an email to T.H. and T.H.'s wife stating "This is how women are supposed to be, Baby [T.H.'s wife]. Where did you go on your electric bike at 8 p.m. last night?"

    q. On October 14, 2023, defendant NGUYEN, impersonating T.H. and using T.H.'s email account without permission, sent an email to an email for the United States Consulate in Ho Chi Minh City, Vietnam and three State Department employees, stating "i wil kill every fucking one of you who has been delaying issuing my wife visa."

   r. On November 19, 2023, defendant NGUYEN sent an email to T.H. stating "let me play the last game. . . [T.H.] you and your family are going to get a surprise."

   s. On November 21, 2023, defendant NGUYEN sent an email to T.H. stating, "I heard that those selling drugs and entering into sham marriages cannot be bailed out/on parole. Be careful."

   t. On January 6, 2024, defendant NGUYEN, impersonating T.H.'s wife, sent a message to United States officials through an online portal stating, "Device will be detonated at America consular in Saigon and in San Francisco . All of you will be exploded for causing my separation with my husband for this last year . Everything will be exploded around new year or after."

   u. On January 12, 2024, defendant NGUYEN, impersonating T.H. and using T.H.'s email account without permission, sent an emailto United States government officials and copied T.H. stating, "My name is [T.H.], DOB [date]. I live at [address in California]. My address in Vietnam is [address]. On Feb 2024 when I come back to Vietnam I will blow up your consular in Saigon."

   v. On January 12, 2024, defendant NGUYEN, impersonating T.H. and using T.H.'s email account without permission, sent an email to United States government officials and copied T.H., stating "I will make your consular exploded like 9/11 😆😆😆."

   w. On January 13, 2024, defendant NGUYEN, impersonating T.H. and using T.H.'s email account without permission, sent an email to United States government officials, stating "On Jan 26, 2024, my bomb will be exploded at the US embassy in Saigon, Vietnam. You guys caused a separation between me and my wife for almost a year causing problem issues for us. This is the price you have to pay."

x.     On January 13, 2024, defendant NGUYEN, impersonating T.H. and using T.H.'s email account without permission, sent an email to United States government officials, stating "I will blow up your consular jan 26 2024."

COUNT TWO

[18 U.S.C. § 875(c)]

On or about August 7, 2023, in Los Angeles County, within the Central District of California, defendant NATHALIE NGUYEN, with intent to issue a threat and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate and foreign commerce a communication impersonating another individual and containing a true threat to injure the person of another, that is, an email to support@usatraveldocs.com, which was routed to the United States Consulate in Ho Chi Minh City, Vietnam, stating, among other things, "If I cannot get an answer of why my visa has not been mailed back to me, I will bomb the fucking consular in Ho Chi Minh City."

## COUNT THREE

[18 U.S.C. § 875(c)]

On or about October 14, 2023, in Los Angeles County, within the Central District of California, defendant NATHALIE NGUYEN, with intent to issue a threat and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate and foreign commerce a communication impersonating another individual and containing a true threat to injure the person of another, that is, an email to the United States Consulate in Ho Chi Minh City, Vietnam, and three State Department employees stating, "I wil kill every fucking one of you who has been delaying issuing my wife visa."

COUNT FOUR

[18 U.S.C. § 844(e)]

On or about January 13, 2024, in Los Angeles County, within the Central District of California, defendant NATHALIE NGUYEN, through the use of an instrument of interstate and foreign commerce, willfully made a threat, and maliciously conveyed false information, knowing it to be false, concerning an attempt or alleged attempt being made or to be made, to unlawfully damage and destroy a building and other real property by means of fire and an explosive, that is, defendant NGUYEN sent an email, impersonating T.H., to one FBI official and two State Department officials with the subject line "Explosive device" and stating: "On Jan 26, 2024, my bomb will be exploded at the US embassy in Saigon, Vietnam. You guys caused a separation between me

///

///

///

and my wife for almost a year causing problem issues for us. This is the price you have to pay."

                                        A TRUE BILL


                                         /s/
                                        Foreperson

E. MARTIN ESTRADA
United States Attorney

*[signature]*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

ALIX MCKENNA
Assistant United States Attorney
General Crimes Section