# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Nathalie Nguyen<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:24-cr-00070-SPG-1<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _February 12_, _2024_, at _1:00_ ☐ a.m. / ☒ p.m. before the Honorable _Stephanie S. Christensen_, in Courtroom _640_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _February 8, 2024_

U.S. District Judge/Magistrate Judge

**STEPHANIE S. CHRISTENSEN**